In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ANTON WEIDMANN, an Attorney and Counselor at Law.— Motion to amend petition granted. [See ante, p. 829.] Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

GEORGENA H. JAHN, Respondent, v. MORRIS BERZON, Appellant, and 726 BRADLEY CORPORATION and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 1023.] The following question is certified: Should the motion of the defendant Berzon have been granted? Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

MARION L. JUDDSON, Plaintiff, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

IDA KAUTZMAN, Plaintiff, v. GIMBEL BROTHERS, INC., Defendant, Appellant, and SOCIETE COIFFURE, INC., Impleaded Defendant, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

LEE MERGENTIME, JR., Respondent, Appellant, and LEE MERGENTIME and Others, Appellants, v. NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY, Appellant, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Plaintiff, v. CHARLES J. FAY and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 622.] Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ABISROR, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTHER HERMAN, Appellant.— Motion to dismiss appeal granted and appeal dismissed. (People v. Vitale, 211 App. Div. 814.) Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

FRANK VIVENZIO, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.